## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re: BELL, JIMMY LEE §   Case No. 09-17314WV
     BELL, PAMELA ADELE §
  §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

   1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 30, 2009.  The undersigned trustee was appointed on December 30, 2009.

   2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

   3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

   4.  The trustee realized the gross receipts of    $_____20,221.22

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 7,595.43 |
| Bank service fees | 455.04 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of [1]    $_____12,170.75

The remaining funds are available for distribution.

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 11/29/2011 and the deadline for filing governmental claims was 10/18/2010.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,772.12.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,772.12, for a total compensation of $2,772.12.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $657.88, for total expenses of $657.88.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/04/2013                By:/s/Ginger Goddard, Trustee
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | | |
|---|---|---|
| Case Number: | 09-17314WV | |
| Case Name: | BELL, JIMMY LEE | |
| | BELL, PAMELA ADELE | |
| Period Ending: | 05/08/13 | |

| | | |
|---|---|---|
| Trustee: | (560100) | Ginger Goddard, Trustee |
| Filed (f) or Converted to (c): | 12/30/09 (f) | |
| §341(a) Meeting Date: | 02/02/10 | |
| Claims Bar Date: | 11/29/11 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2601 SW 86th St., Oklahoma City, OK  73159 | 147,226.00 | 0.00 | | 0.00 | FA |
| 2 | CASH IN POSSESSION | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | CHASE BANK CHECKING ACCOUNT #XXX9309 | 400.00 | 0.00 | | 0.00 | FA |
| 4 | CHASE BANK CHECKING ACCOUNT #XXX0271 | 100.00 | 0.00 | | 0.00 | FA |
| 5 | BANK OF OKLAHOMA CHECKING ACCOUNT #XXX0711 | 500.00 | 0.00 | | 0.00 | FA |
| 6 | BANK OF OKLAHOMA CHECKING ACCOUNT #XXX6604 | 1,400.00 | 0.00 | | 0.00 | FA |
| 7 | MISC HOUSEHOLD GOODS AND FURNISHINGS | 13,450.00 | 0.00 | | 0.00 | FA |
| 8 | BEANIE BABIES, CD'S, & DVD'S | 3,000.00 | 0.00 | | 0.00 | FA |
| 9 | MODEL CARS, COINS & BOARD GAMES | 2,000.00 | 1,143.16 | | 5,175.16 | FA |
| 10 | MISC WEARING APPAREL | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | WEDDING/ ANNIVERSARY RINGS | 2,500.00 | 0.00 | | 0.00 | FA |
| 12 | 8MM SONY VIDEO | 150.00 | 0.00 | | 0.00 | FA |
| 13 | CANON DIGITAL CAMERA | 200.00 | 0.00 | | 0.00 | FA |
| 14 | SOFTBALL BALLS & BATS | 50.00 | 0.00 | | 0.00 | FA |
| 15 | CROQUET & HORSE SHOES | 50.00 | 0.00 | | 0.00 | FA |
| 16 | TRANSAMERICA LIFE INSURANCE POLICY | 2,000.00 | 0.00 | | 0.00 | FA |
| 17 | DEBTOR'S TIAA CREF QUALIFIED 403(B) PLAN | 68,780.09 | 0.00 | | 0.00 | FA |
| 18 | OIL & GAS MINERAL RIGHTS WITH UNIT PETROLEUM COM | Unknown | 3,226.55 | | 3,226.55 | FA |
| 19 | 2002 DODGE CARAVAN | 2,500.00 | 0.00 | | 0.00 | FA |
| 20 | 2000 CHEVY EXPRESS VAN | 3,000.00 | 0.00 | | 0.00 | FA |
| 21 | 1984 WINNEBEGO (TOTALED) | 0.00 | 0.00 | | 0.00 | FA |
| 22 | 1983 DODGE VAN | 200.00 | 0.00 | | 0.00 | FA |
| 23 | DESK & CHAIR | 500.00 | 0.00 | | 0.00 | FA |
| 24 | COMPUTER | 500.00 | 0.00 | | 0.00 | FA |
| 25 | PRINTER/FAX MACHINE | 100.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-17314WV | **Trustee:** (560100) Ginger Goddard, Trustee |
| **Case Name:** BELL, JIMMY LEE | **Filed (f) or Converted (c):** 12/30/09 (f) |
| BELL, PAMELA ADELE | **§341(a) Meeting Date:** 02/02/10 |
| **Period Ending:** 05/08/13 | **Claims Bar Date:** 11/29/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 26   OFFICE SUPPLIES | 100.00 | 0.00 | | 0.00 | FA |
| 27   AIR COMPRESSOR | 700.00 | 0.00 | | 0.00 | FA |
| 28   WELDER | 200.00 | 0.00 | | 0.00 | FA |
| 29   DRILLS & SAWS | 1,000.00 | 0.00 | | 0.00 | FA |
| 30   MISC HAND TOOLS | 1,000.00 | 0.00 | | 0.00 | FA |
| 31   REAL PROPERTY<br>        royalties | 346.71 | 346.71 | | 346.71 | FA |
| 32   TAX REFUNDS (u)  (u)<br>        2009 tax refund | 541.00 | 541.00 | | 541.00 | FA |
| 33   ASSET<br>        transfer of real estate to daughter | 10,931.25 | 40,000.00 | | 10,931.25 | FA |
| Int   INTEREST (u) | Unknown | N/A | | 0.55 | Unknown |
| **34   Assets   Totals** (Excluding unknown values) | **$266,925.05** | **$45,257.42** | | **$20,221.22** | **$0.00** |

**Major Activities Affecting Case Closing:**

12-31-2012:  T sell coins, obtain fee orders, then file final report.

12-31-2011:  T to have income taxes filed, rev claims, obtain fee orders, then file final report.

12-31-2010:  T is pursuing AP to recover real estate and minerals.

341 held.  T prepare asset file and form 1.  T to sell minerals.  T to pursue & liquidate estate property.

**Initial Projected Date Of Final Report (TFR):**    July 31, 2010            **Current Projected Date Of Final Report (TFR):**    December 31, 2013

_____

May 4, 2013

Date

/s/ Ginger Goddard, Trustee

_____

Ginger Goddard, Trustee

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-17314WV |
| **Case Name:** | BELL, JIMMY LEE |
| | BELL, PAMELA ADELE |
| **Taxpayer ID #:** | **-***8621 |
| **Period Ending:** | 05/08/13 |

| | |
|---|---|
| **Trustee:** | Ginger Goddard, Trustee (560100) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-*****67-65 - Checking Account |
| **Blanket Bond:** | $7,385,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/28/10 | {9} | Jimmy Bell | coins cashed in by trustee | 1129-000 | 610.16 | | 610.16 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.03 | | 610.19 |
| 06/10/10 | {31} | Unit Petrleum Co | royalties | 1123-000 | 39.18 | | 649.37 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.04 | | 649.41 |
| 07/09/10 | {31} | Unit Pet | royalties | 1123-000 | 38.80 | | 688.21 |
| 07/09/10 | {32} | US Treasury | 2009 tax refund | 1224-000 | 541.00 | | 1,229.21 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 1,229.27 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.07 | | 1,229.34 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,229.35 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,229.36 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,229.37 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,229.38 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,229.39 |
| 03/25/11 | {31} | Unit Petroleum | royalties | 1123-000 | 37.92 | | 1,267.31 |
| 03/25/11 | {33} | Jimmy Bell | payments on house from daughter | 1241-000 | 625.00 | | 1,892.31 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,892.32 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,892.33 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,892.34 |
| 06/02/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/23/2011 FOR CASE #09-17314, bond payment | 2300-000 | | 1.86 | 1,890.48 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,890.49 |
| 07/25/11 | 1002 | Dakil Auctioneers Inc | order for board-up expenses | 2420-000 | | 529.57 | 1,360.92 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,360.93 |
| 08/01/11 | {31} | Unit Petroleum | royalties | 1123-000 | 155.17 | | 1,516.10 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 3.63 | 1,512.47 |
| 08/24/11 | | To Account #9200*****6766 | transfer to minimize bank fees | 9999-000 | | 600.00 | 912.47 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 912.48 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 887.48 |
| 10/03/11 | {31} | Unit Petroleum Co | royalties | 1123-000 | 39.75 | | 927.23 |
| 10/05/11 | {33} | Dakil Real Estate Inc, Trust Acct | partial proceeds from sale of SW 25th | 1141-000 | 3,398.31 | | 4,325.54 |
| 10/05/11 | {33} | OKC Abstract | partial proceeds from sale of SW 25th | 1141-000 | 6,907.94 | | 11,233.48 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 11,233.56 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,208.56 |
| 11/09/11 | 1003 | Dakil Auctioneers Inc | auctioneer fee | 3610-000 | | 1,474.00 | 9,734.56 |
| 11/09/11 | 1004 | Dakil Auctioneers Inc | auctioneer expenses | 3620-000 | | 1,924.31 | 7,810.25 |
| 11/09/11 | 1005 | Ginger Goddard | reimbursement of administrative expenses | 2420-000 | | 2,808.31 | 5,001.94 |
| | | | Subtotals : | | $12,393.62 | $7,391.68 | |

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-17314WV | |
| **Case Name:** | BELL, JIMMY LEE | |
| | BELL, PAMELA ADELE | |
| **Taxpayer ID #:** | **-***8621 | |
| **Period Ending:** | 05/08/13 | |

| | |
|---|---|
| **Trustee:** | Ginger Goddard, Trustee (560100) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******67-65 - Checking Account |
| **Blanket Bond:** | $7,385,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 5,002.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,977.00 |
| 12/02/11 | {31} | Unit Petroleum | royalties | 1123-000 | 35.89 | | 5,012.89 |
| 12/30/11 | {18} | Dakil Auctioneers Inc | sale of mineral interest | 1129-000 | 3,190.00 | | 8,202.89 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 8,202.93 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,177.93 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,177.99 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,152.99 |
| 02/03/12 | {18} | Unit Petroleum Co | royalties | 1129-000 | 36.55 | | 8,189.54 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,164.54 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,139.54 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,114.54 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,089.54 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,064.54 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,039.54 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,014.54 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,989.54 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,964.54 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,939.54 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,914.54 |
| 01/08/13 | | From Account #9200******6766 | transfer to one acct | 9999-000 | 236.10 | | 8,150.64 |
| 01/17/13 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001056010088<br>20130117 | 9999-000 | | 8,150.64 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 15,892.32 | 15,892.32 | $0.00 |
| Less: Bank Transfers | | 236.10 | 8,750.64 | |
| **Subtotal** | | 15,656.22 | 7,141.68 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $15,656.22 | $7,141.68 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-17314WV | |
| **Case Name:** | BELL, JIMMY LEE | |
| | BELL, PAMELA ADELE | |
| **Taxpayer ID #:** | **-***8621 | |
| **Period Ending:** | 05/08/13 | |

| | | |
|---|---|---|
| **Trustee:** | Ginger Goddard, Trustee (560100) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******67-66 - Checking Account |
| **Blanket Bond:** | $7,385,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/11 | | From Account #9200******6765 | transfer to minimize bank fees | 9999-000 | 600.00 | | 600.00 |
| 06/01/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/25/2012 FOR CASE #09-17314 | 2300-000 | | 14.21 | 585.79 |
| 10/26/12 | 102 | Dakil Auctioneers Inc | auctioneer fee and expenses | | | 349.69 | 236.10 |
| | | | 290.00 | 3610-000 | | | 236.10 |
| | | | 59.69 | 3620-000 | | | 236.10 |
| 01/08/13 | | To Account #9200******6765 | transfer to one acct | 9999-000 | | 236.10 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 600.00 | 600.00 | $0.00 |
| Less: Bank Transfers | 600.00 | 236.10 | |
| **Subtotal** | 0.00 | 363.90 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $363.90 | |

{} Asset reference(s)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| | | |
|---|---|---|
| **Case Number:** | 09-17314WV | |
| **Case Name:** | BELL, JIMMY LEE | |
| | BELL, PAMELA ADELE | |
| **Taxpayer ID #:** | **-***8621 | |
| **Period Ending:** | 05/08/13 | |

| | |
|---|---|
| **Trustee:** | Ginger Goddard, Trustee (560100) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****341265 - Checking Account |
| **Blanket Bond:** | $7,385,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 8,150.64 | | 8,150.64 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.50 | 8,138.14 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.92 | 8,127.22 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.29 | 8,115.93 |
| 04/09/13 | {9} | Dakil Auctioneers | coin collection proceeds | 1129-000 | 4,565.00 | | 12,680.93 |
| 04/19/13 | 11006 | Dakil Auctioneers Inc | auctioneer fees and expenses | | | 493.48 | 12,187.45 |
| | | | | 415.00 | 3610-000 | | 12,187.45 |
| | | | | 78.48 | 3620-000 | | 12,187.45 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 16.70 | 12,170.75 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 12,715.64 | 544.89 | **$12,170.75** |
| Less: Bank Transfers | 8,150.64 | 0.00 | |
| **Subtotal** | **4,565.00** | 544.89 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,565.00** | **$544.89** | |

{} Asset reference(s)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| Case Number: | 09-17314WV |
| Case Name: | BELL, JIMMY LEE |
| | BELL, PAMELA ADELE |
| Taxpayer ID #: | **-***8621 |
| Period Ending: | 05/08/13 |

| | |
|---|---|
| Trustee: | Ginger Goddard, Trustee (560100) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****341266 - Checking Account |
| Blanket Bond: | $7,385,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-*****67-65** | 15,656.22 | 7,141.68 | 0.00 |
| **Checking # 9200-*****67-66** | 0.00 | 363.90 | 0.00 |
| **Checking # ****341265** | 4,565.00 | 544.89 | 12,170.75 |
| **Checking # ****341266** | 0.00 | 0.00 | 0.00 |
| | **$20,221.22** | **$8,050.47** | **$12,170.75** |

| | |
|---|---|
| May 4, 2013 | /s/ Ginger Goddard, Trustee |
| Date | Ginger Goddard, Trustee |

# EXHIBIT C - CLAIMS ANALYSIS

## Case:  09-17314WV    BELL, JIMMY LEE

Claims Bar Date:   11/29/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | INTERNATIONAL SURETIES, LTD. | Admin Ch. 7 | | $1.86 | $1.86 | $0.00 |
| | | 12/30/09 | | $1.86 | | |
| | <2300-00   Bond Payments>,  200 | | | | | |
| | Dakil Auctioneers Inc | Admin Ch. 7 | | $529.57 | $529.57 | $0.00 |
| | 200 NW 114TH | 12/30/09 | | $529.57 | | |
| | OKLAHOMA CITY, OK 73114 | | | | | |
| | <2420-00   Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs)>,  200 | | | | | |
| | US Bankruptcy Court | Admin Ch. 7 | | $250.00 | $0.00 | $250.00 |
| | | 12/30/09 | | $250.00 | | |
| | <2700-00   Clerk of the Court Costs (includes adversary and other filing fees)>,  200 | | | | | |
| | Ginger Goddard, Trustee | Admin Ch. 7 | | $2,772.12 | $0.00 | $2,772.12 |
| | 224 W. Gray St | 12/30/09 | | $2,772.12 | | |
| | Suite 202 | | | | | |
| | Norman, OK 73069 | | | | | |
| | <2100-00   Trustee Compensation>,  200 | | | | | |
| | Ginger Goddard, Trustee | Admin Ch. 7 | | $657.88 | $0.00 | $657.88 |
| | 224 W. Gray St | 12/30/09 | | $657.88 | | |
| | Suite 202 | | | | | |
| | Norman, OK 73069 | | | | | |
| | <2200-00   Trustee Expenses>,  200 | | | | | |
| | Dakil Auctioneers Inc | Admin Ch. 7 | | $1,474.00 | $1,474.00 | $0.00 |
| | 200 NW 114TH | 12/30/09 | | $1,474.00 | | |
| | OKLAHOMA CITY, OK 73114 | | | | | |
| | <3610-00   Auctioneer for Trustee Fees (including buyers premiums)>,  200 | | | | | |
| | Dakil Auctioneers Inc | Admin Ch. 7 | | $1,924.31 | $1,924.31 | $0.00 |
| | 200 NW 114TH | 12/30/09 | | $1,924.31 | | |
| | OKLAHOMA CITY, OK 73114 | | | | | |
| | <3620-00   Auctioneer for Trustee Expenses>,  200 | | | | | |
| | Ginger Goddard | Admin Ch. 7 | | $2,808.31 | $2,808.31 | $0.00 |
| | | 12/30/09 | | $2,808.31 | | |
| | <2420-00   Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs)>,  200 | | | | | |
| | INTERNATIONAL SURETIES, LTD. | Admin Ch. 7 | | $14.21 | $14.21 | $0.00 |
| | | 12/30/09 | | $14.21 | | |
| | <2300-00   Bond Payments>,  200 | | | | | |
| | Dakil Auctioneers Inc | Admin Ch. 7 | | $290.00 | $290.00 | $0.00 |
| | 200 NW 114TH | 12/30/09 | | $290.00 | | |
| | OKLAHOMA CITY, OK 73114 | | | | | |
| | <3610-00   Auctioneer for Trustee Fees (including buyers premiums)>,  200 | | | | | |

Printed:  05/04/13 03:20 PM                                                                                    Page:  2

# EXHIBIT C - CLAIMS ANALYSIS

## Case:  09-17314WV    BELL, JIMMY LEE

Claims Bar Date:    11/29/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Dakil Auctioneers Inc<br>200 NW 114TH<br>OKLAHOMA CITY, OK 73114<br><3620-00   Auctioneer for Trustee Expenses>,  200 | Admin Ch.  7<br>12/30/09 | | $59.69<br>$59.69 | $59.69 | $0.00 |
| | Dakil Auctioneers Inc<br>200 NW 114TH<br>OKLAHOMA CITY, OK 73114<br><3610-00   Auctioneer for Trustee Fees (including buyers premiums)>,  200 | Admin Ch.  7<br>12/30/09 | | $415.00<br>$415.00 | $415.00 | $0.00 |
| | Dakil Auctioneers Inc<br>200 NW 114TH<br>OKLAHOMA CITY, OK 73114<br><3620-00   Auctioneer for Trustee Expenses>,  200 | Admin Ch.  7<br>12/30/09 | | $78.48<br>$78.48 | $78.48 | $0.00 |
| 1 | Michelle Kuhn<br>9355 Summer Meadows Dr.<br>Colorado Springs, CO 80925<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/27/11 | Trustee has reviewed and allowed claim unsecured- $7,380.00 | $7,380.00<br>$7,380.00 | $0.00 | $7,380.00 |
| 2P-2 | OKLAHOMA TAX COMMISSION<br>LEGAL DIVISION<br>120 N. ROBINSON,SUITE 2000 W<br>OKLAHOMA CITY, OK 73102-7801<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>08/15/11 | Trustee has reviewed and allowed claim unsecured- $0 (claim withdrawn) | $802.25<br>$0.00 | $0.00 | $0.00 |
| 2U-2 | OKLAHOMA TAX COMMISSION<br>LEGAL DIVISION<br>120 N. ROBINSON,SUITE 2000 W<br>OKLAHOMA CITY, OK 73102-7801<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/15/11 | Trustee has reviewed and allowed claim unsecured - $0 (claim withdrawn) | $105.30<br>$0.00 | $0.00 | $0.00 |
| 3 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/02/11 | XXXX-XXXX-XX XX-6864<br><br>Trustee has reviewed and allowed claim unsecured- $6,957.69 | $6,957.69<br>$6,957.69 | $0.00 | $6,957.69 |
| 4 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/02/11 | Trustee has reviewed and allowed claim unsecured- $14,089.08 | $14,089.08<br>$14,089.08 | $0.00 | $14,089.08 |

Printed:  05/04/13 03:20 PM                                                                                                          Page:  3

# EXHIBIT C - CLAIMS ANALYSIS

## Case:  09-17314WV    BELL, JIMMY LEE

Claims Bar Date:    11/29/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br><br>New Albany, OH 43054-3025 | Unsecured<br>09/02/11 | XXXX-XXXX-XX XX-7450 | $13,573.74<br>$13,573.74 | $0.00 | $13,573.74 |
| | | | Trustee has reviewed and allowed claim unsecured- $13,5573.74 | | | |
| | | | ------------------------------------------------------------------<br>Schedule F Account: XXXX-XXXX-XXXX-0823<br>------------------------------------------------------------------<br>Schedule F Account: XXXX-XXXX-XXXX-8094 | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 6 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br><br>New Albany, OH 43054-3025 | Unsecured<br>09/07/11 | XXXX-XXXX-XX XX-6231 | $3,086.85<br>$3,086.85 | $0.00 | $3,086.85 |
| | | | Trustee has reviewed and allowed claim unsecured- $3,086.85 | | | |
| | | | ------------------------------------------------------------------<br>Schedule F Account: XXXX-XXXX-XXXX-1682 | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 7 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br><br>Omaha, NE 68197 | Unsecured<br>09/07/11 | XXXX-XXXX-XX XX-8480 | $10,097.40<br>$10,097.40 | $0.00 | $10,097.40 |
| | | | Trustee has reviewed and allowed claim unsecured- $10,097.40 | | | |
| | | | ------------------------------------------------------------------<br>Schedule F Account: XXXX-XXXX-XXXX-0851 | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 8 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br><br>Wilmington, DE 19886-5102 | Unsecured<br>09/08/11 | XXXX-XXXX-XX XX-9260 | $1,306.55<br>$1,306.55 | $0.00 | $1,306.55 |
| | | | Trustee has reviewed and allowed claim unsecured- $1,306.55 | | | |
| | | | ------------------------------------------------------------------<br>Schedule F Account: XXXXXX6404 | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 9 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br><br>Wilmington, DE 19886-5102 | Unsecured<br>09/08/11 | XXXX-XXXX-XX XX-1638 | $32,493.54<br>$32,493.54 | $0.00 | $32,493.54 |
| | | | Trustee has reviewed and allowed claim unsecured - $32,493.54 | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |

Printed:  05/04/13 03:20 PM                                                                                                          Page:  4

# EXHIBIT C - CLAIMS ANALYSIS

## Case:  09-17314WV    BELL, JIMMY LEE

Claims Bar Date:    11/29/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 | FIA CARD SERVICES, N.A. PO Box 15102 | Unsecured 09/08/11 | XXXX-XXXX-XX XX-9415 | $23,597.77 $23,597.77 | $0.00 | $23,597.77 |
| | | | Trustee has reviewed and allowed claim unsecured- $23,597.77 | | | |
| | Wilmington, DE 19886-5102 | | | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 11 | FIA CARD SERVICES, N.A. PO Box 15102 | Unsecured 09/08/11 | XXXX-XXXX-XX XX-2303 | $40,648.88 $40,648.88 | $0.00 | $40,648.88 |
| | | | Trustee has reviewed and allowed claim unsecured- $40,648.88 | | | |
| | Wilmington, DE 19886-5102 | | | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 12 | FIA CARD SERVICES, N.A. PO Box 15102 | Unsecured 09/08/11 | | $6,189.84 $6,189.84 | $0.00 | $6,189.84 |
| | | | Trustee has reviewed and allowed claim unsecured- $6,189.84 | | | |
| | Wilmington, DE 19886-5102 | | | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 13 | FIA CARD SERVICES, N.A. PO Box 15102 | Unsecured 09/08/11 | XXXX-XXXX-XX XX-8823 | $6,021.22 $6,021.22 | $0.00 | $6,021.22 |
| | | | Trustee has reviewed and allowed claim unsecured- $6,021.22 | | | |
| | Wilmington, DE 19886-5102 | | | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 14 | Capital One,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas, TX 75374 | Unsecured 09/14/11 | | $1,346.62 $1,346.62 | $0.00 | $1,346.62 |
| | | | Trustee has reviewed and allowed claim unsecured- $1,346.62 | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 15 | American InfoSource LP as agent for Target PO Box 248866 Oklahoma City, OK 73124-8866 | Unsecured 09/15/11 | | $8,767.43 $8,767.43 | $0.00 | $8,767.43 |
| | | | Trustee has reviewed and allowed claim unsecured- $8.767.43 | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 16 | Chase Bank USA NA PO BOX 15145 | Unsecured 09/16/11 | XXXX-XXXX-XX XX-7436 | $5,254.96 $5,254.96 | $0.00 | $5,254.96 |
| | | | Trustee has reviewed and allowed claim unsecured- $5,254.96 | | | |
| | Wilmington, DE 19850-5145 | | | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |

Printed: 05/04/13 03:20 PM                                                          Page: 5

# EXHIBIT C - CLAIMS ANALYSIS

## Case: 09-17314WV    BELL, JIMMY LEE

Claims Bar Date:   11/29/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 17 | Chase Bank USA NA<br>PO BOX 15145<br><br>Wilmington, DE 19850-5145<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/16/11 | XXXX-XXXX-XX<br>XX-5149<br><br>Trustee has reviewed and allowed claim unsecured- $13,402.63 | $13,402.63<br>$13,402.63 | $0.00 | $13,402.63 |
| 18 | Chase Bank USA NA<br>PO BOX 15145<br><br>Wilmington, DE 19850-5145<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/16/11 | Trustee has reviewed and allowed claim unsecured- $7,235.51 | $7,235.51<br>$7,235.51 | $0.00 | $7,235.51 |
| 19 | Chase Bank USA NA<br>PO BOX 15145<br><br>Wilmington, DE 19850-5145<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/16/11 | XXXX-XXXX-XX<br>XX-5776<br><br>Trustee has reviewed and allowed claim unsecured- $3,424.91 | $3,242.91<br>$3,242.91 | $0.00 | $3,242.91 |
| 20 | Chase Bank USA NA<br>PO BOX 15145<br><br>Wilmington, DE 19850-5145<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/16/11 | XXXX-XXXX-XX<br>XX-3741<br><br>Trustee has reviewed and allowed claim unsecured- $7,090.35<br><br>--------------------------------------------------------------------------------<br>Schedule F Account: XXXX-XXXX-XXXX-7615 | $7,090.35<br>$7,090.35 | $0.00 | $7,090.35 |
| 21 | Chase Bank USA NA<br>PO Box 15145<br><br>Wilmington, DE 19850-5145<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/19/11 | Trustee has reviewed and allowed claim unsecured- $4,011.17 | $4,011.17<br>$4,011.17 | $0.00 | $4,011.17 |
| 22 | Chase Bank USA NA<br>PO Box 15145<br><br>Wilmington, DE 19850-5145<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/19/11 | XXXX-XXXX-XX<br>XX-5322<br><br>Trustee has reviewed and allowed claim unsecured- $685.35<br><br>--------------------------------------------------------------------------------<br>Schedule F Account: XXXXX8706 | $685.35<br>$685.35 | $0.00 | $685.35 |

Printed: 05/04/13 03:20 PM                                                                                    Page: 6

# EXHIBIT C - CLAIMS ANALYSIS

### Case:  09-17314WV    BELL, JIMMY LEE

Claims Bar Date:    11/29/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 23 | Chase Bank USA NA<br>PO Box 15145<br><br>Wilmington, DE 19850-5145<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/19/11 | XXXX-XXXX-XXXX-1228<br><br>Trustee has reviewed and allowed claim unsecured- $4,228.79<br><br>--------------------------------------------------------------------------------<br>Schedule F Account: XXXX-XXXX-XXXX-4695 | $4,228.79<br>$4,228.79 | $0.00 | $4,228.79 |
| 24 | Chase Bank USA NA<br>PO Box 15145<br><br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/19/11 | XXXXXXXXXX4603<br><br>Trustee has reviewed and allowed claim unsecured- $1,829.64 | $1,829.64<br>$1,829.64 | $0.00 | $1,829.64 |
| 25 | Chase Bank USA NA<br>PO Box 15145<br><br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/19/11 | XXXX-XXXX-XXXX-1718<br><br>Trustee has reviewed and allowed claim unsecured- $4,399.97 | $4,538.65<br>$4,538.65 | $0.00 | $4,538.65 |
| 26 | Chase Bank USA NA<br>PO BOX 15145<br><br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/22/11 | XXXX-XXXX-XXXX-2323<br><br>Trustee has reviewed and allowed claim unsecured- $8,669.55 | $8,669.55<br>$8,669.55 | $0.00 | $8,669.55 |
| 27 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br><br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/23/11 | XXXX-XXXXXX-X3008<br><br>Trustee has reviewed and allowed claim unsecured- $4,175.82 | $4,175.82<br>$4,175.82 | $0.00 | $4,175.82 |
| 28 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br><br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/29/11 | XXXX-XXXXXX-X3003<br><br>Trustee has reviewed and allowed claim unsecured- $1,035 | $1,035.06<br>$1,035.06 | $0.00 | $1,035.06 |

Printed: 05/04/13 03:20 PM
Page: 7

# EXHIBIT C - CLAIMS ANALYSIS

## Case: 09-17314WV    BELL, JIMMY LEE

Claims Bar Date:    11/29/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 29 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 09/29/11 | XXXX-XXXXXX-X2008 | $11,264.78 $11,264.78 Trustee has reviewed and allowed claim unsecured- $11,264.78 | $0.00 | $11,264.78 |
| 30 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 10/04/11 | | $42,126.43 $42,126.43 Trustee has reviewed and allowed claim unsecured- $42,126.43 | $0.00 | $42,126.43 |
| 31 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 10/04/11 | | $34,132.58 $34,132.58 Trustee has reviewed and allowed claim unsecured- $34,132.58 | $0.00 | $34,132.58 |
| 32 | US BANK N.A. BANKRUPTCY DEPARTMENT POB 5229 CINCINNATI, OH 45201-5229 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 11/03/11 | | $9,825.73 $9,825.73 Trustee has reviewed and allowed claim unsecured- $9.825.73 | $0.00 | $9,825.73 |
| 33 | Quantum3 Group LLC as agent for World Financial Network National Bank PO Box 788 Kirkland, WA 98083-0788 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 11/07/11 | | $879.77 $879.77 Trustee has reviewed and allowed claim unsecured- $879.77 | $0.00 | $879.77 |
| 34 | Midland Funding LLC authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 11/15/11 | | $3,635.89 $3,635.89 Trustee has reviewed and allowed claim unsecured- $3,635.89 | $0.00 | $3,635.89 |
| 35 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 11/15/11 | | $2,431.95 $2,431.95 Trustee has reviewed and allowed claim unsecured- $2,431.95 | $0.00 | $2,431.95 |
| 36 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 11/15/11 | | $487.48 $487.48 Trustee has reviewed and allowed claim unsecured- $487.48 | $0.00 | $487.48 |

# EXHIBIT C - CLAIMS ANALYSIS

## Case: 09-17314WV    BELL, JIMMY LEE

Claims Bar Date: 11/29/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 37 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/15/11 | | $10,698.48<br>$10,698.48<br>Trustee has reviewed and allowed claim unsecured- $10,698.48 | $0.00 | $10,698.48 |
| 38 | Midland Funding LLC<br>authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/15/11 | | $5,387.93<br>$5,387.93<br>Trustee has reviewed and allowed claim unsecured- $5,387.93 | $0.00 | $5,387.93 |
| 39 | Midland Funding LLC<br>authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/15/11 | | $533.30<br>$533.30<br>Trustee has reviewed and allowed claim unsecured- $533.30 | $0.00 | $533.30 |
| 40 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/17/11 | | $1,451.01<br>$1,451.01<br>Trustee has reviewed and allowed claim unsecured- $1,451.01 | $0.00 | $1,451.01 |
| 41 | Capital One, N.A<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/29/11 | | $3,293.03<br>$3,293.03<br>Trustee has reviewed and allowed claim unsecured- $3,293.03 | $0.00 | $3,293.03 |
| | | | Case Total: | | $7,595.43 | $370,785.36 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-17314WV
Case Name: BELL, JIMMY LEE
Trustee Name: Ginger Goddard, Trustee

**Balance on hand:**                               $              12,170.75

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None      |          |                |                         |                          |                  |

Total to be paid to secured creditors:        $              0.00
Remaining balance:                            $              12,170.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - Ginger Goddard, Trustee | 2,772.12 | 0.00 | 2,772.12 |
| Trustee, Expenses - Ginger Goddard, Trustee | 657.88 | 0.00 | 657.88 |
| Auctioneer Fees - Dakil Auctioneers Inc | 2,179.00 | 2,179.00 | 0.00 |
| Auctioneer Expenses - Dakil Auctioneers Inc | 2,062.48 | 2,062.48 | 0.00 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |
| Other Expenses: Dakil Auctioneers Inc | 529.57 | 529.57 | 0.00 |
| Other Expenses: Ginger Goddard | 2,808.31 | 2,808.31 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD. | 16.07 | 16.07 | 0.00 |

Total to be paid for chapter 7 administration expenses:    $              3,680.00
Remaining balance:                                         $              8,490.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None |  |  |  |

Total to be paid for prior chapter administrative expenses:    $              0.00
Remaining balance:                                             $              8,490.75

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 8,490.75 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 367,105.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Michelle Kuhn | 7,380.00 | 0.00 | 170.70 |
| 3 | Discover Bank | 6,957.69 | 0.00 | 160.93 |
| 4 | Discover Bank | 14,089.08 | 0.00 | 325.87 |
| 5 | Discover Bank | 13,573.74 | 0.00 | 313.95 |
| 6 | Discover Bank | 3,086.85 | 0.00 | 71.40 |
| 7 | First National Bank of Omaha | 10,097.40 | 0.00 | 233.54 |
| 8 | FIA CARD SERVICES, N.A. | 1,306.55 | 0.00 | 30.22 |
| 9 | FIA CARD SERVICES, N.A. | 32,493.54 | 0.00 | 751.54 |
| 10 | FIA CARD SERVICES, N.A. | 23,597.77 | 0.00 | 545.79 |
| 11 | FIA CARD SERVICES, N.A. | 40,648.88 | 0.00 | 940.16 |
| 12 | FIA CARD SERVICES, N.A. | 6,189.84 | 0.00 | 143.16 |
| 13 | FIA CARD SERVICES, N.A. | 6,021.22 | 0.00 | 139.26 |
| 14 | Capital One,N.A | 1,346.62 | 0.00 | 31.15 |
| 15 | American InfoSource LP as agent for | 8,767.43 | 0.00 | 202.78 |
| 16 | Chase Bank USA NA | 5,254.96 | 0.00 | 121.54 |
| 17 | Chase Bank USA NA | 13,402.63 | 0.00 | 309.99 |
| 18 | Chase Bank USA NA | 7,235.51 | 0.00 | 167.35 |
| 19 | Chase Bank USA NA | 3,242.91 | 0.00 | 75.01 |
| 20 | Chase Bank USA NA | 7,090.35 | 0.00 | 163.99 |

**UST Form 101-7-TFR (05/1/2011)**

| No | Claimant | Amount | Interim | Proposed |
|----|----------|-------:|-------:|--------:|
| 21 | Chase Bank USA NA | 4,011.17 | 0.00 | 92.77 |
| 22 | Chase Bank USA NA | 685.35 | 0.00 | 15.85 |
| 23 | Chase Bank USA NA | 4,228.79 | 0.00 | 97.81 |
| 24 | Chase Bank USA NA | 1,829.64 | 0.00 | 42.32 |
| 25 | Chase Bank USA NA | 4,538.65 | 0.00 | 104.97 |
| 26 | Chase Bank USA NA | 8,669.55 | 0.00 | 200.52 |
| 27 | American Express Centurion Bank | 4,175.82 | 0.00 | 96.58 |
| 28 | American Express Bank, FSB | 1,035.06 | 0.00 | 23.94 |
| 29 | American Express Bank, FSB | 11,264.78 | 0.00 | 260.54 |
| 30 | Sallie Mae | 42,126.43 | 0.00 | 974.34 |
| 31 | Sallie Mae | 34,132.58 | 0.00 | 789.45 |
| 32 | US BANK N.A. | 9,825.73 | 0.00 | 227.26 |
| 33 | Quantum3 Group LLC as agent for | 879.77 | 0.00 | 20.35 |
| 34 | Midland Funding LLC | 3,635.89 | 0.00 | 84.09 |
| 35 | GE Capital Retail Bank | 2,431.95 | 0.00 | 56.25 |
| 36 | GE Capital Retail Bank | 487.48 | 0.00 | 11.27 |
| 37 | GE Capital Retail Bank | 10,698.48 | 0.00 | 247.44 |
| 38 | Midland Funding LLC | 5,387.93 | 0.00 | 124.62 |
| 39 | Midland Funding LLC | 533.30 | 0.00 | 12.33 |
| 40 | GE Capital Retail Bank | 1,451.01 | 0.00 | 33.56 |
| 41 | Capital One, N.A | 3,293.03 | 0.00 | 76.16 |

Total to be paid for timely general unsecured claims:     $     8,490.75

Remaining balance:     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for tardy general unsecured claims:     $     0.00

Remaining balance:     $     0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**